DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STUART INVESTMENTS III, LLC,**
Appellant,

v.

,
**GEORGE J. MANTOAN** and **DONNA MANTOAN,** derivatively o/b/o **A SUITE SALONE-JUPITER, LLC, DONALD SANTACATERINA,** and **A SUITE SALON-JUPITER, LLC,**
Appellees.

No. 4D2024-3298

[February 19, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John J. Parnofiello, Judge; L.T. Case No. 502021CA011176XXX.

John M. Jorgensen of Scott, Harris, Bryan, Barra & Jorgensen, P.A., Palm Beach Gardens, for appellant.

Michael Heidt of Law Office of Gable & Heidt, Hollywood, for appellees George J. Mantoan and Donna Mantoan, derivatively o/b/o a Suite Salon-Jupiter, LLC.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and SHEPHERD, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***